[No. 32987-1-I.  Division One.  August 1, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. JASON M. BOWEN, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 93-8-00044-4, H. Clarke Harvey, J. Pro Tem., entered June 21, 1993. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 32328-8-I.  Division One.  August 1, 1994.]

CRAIG R. SCHIFFNER, ET AL, *Appellants*, v. PRYDE CORPORATION, *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 91-2-06500-2, James H. Allendoerfer and David F. Hulbert, JJ., entered September 23, 1992, and February 8, 1993. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker and Becker, JJ.

[Nos. 12145-3-III; 12893-8-III;  Division Three.  August 2, 1994.]
  12953-5-III.

DeLORIS E. BOAZ, *Appellant*, v. SEATTLE-FIRST NATIONAL BANK, ET AL, *Respondents*.

Appeals from judgments of the Superior Court for Yakima County, No. 90-2-01057-0, F. James Gavin, Ted Kolbaba, and Robert N. Hackett, Jr., JJ., entered December 6, 1991, October 28, and December 4, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.